DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHEA RILEY BATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0734
_____

November 21, 2025

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Blair Allen, Public Defender, and Daniel Muller, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.